UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DAVID MARK DUNCAN**
**and NANCY DUNCAN**                                                     **PLAINTIFFS**

**v.**                  **CASE NO. 3:10cv00214 BSM**

**AMERICAN GREETINGS CORPORATION**                   **DEFENDANT**

Consolidated With:

**EUGENE CHEW, JR.**                                            **PLAINTIFF**

**v.**                  **CASE NO. 3:10cv00199 BSM**

**AMERICAN GREETINGS CORPORATION**                     **DEFENDANT**

## ORDER

A joint motion to consolidate has been filed in both cases. [*Duncan v. American Greetings Corp.*, Case No. 3:10cv00214 BSM, Doc. No. 12; *Chew v. American Greetings Corp.*, Case No. 3:10cv00199 BSM, Doc. No. 10]. After reviewing the allegations in these cases, it is concluded that consolidation of the two actions is appropriate. In accordance with the practice of the Eastern District of Arkansas, the first-filed case (*Chew v. American Greetings Corp.*, 3:10cv00199 BSM) is designated the lead case and all future pleadings shall be filed in the lead case.

IT IS SO ORDERED this 22nd day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE