**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**EUGENE CHEW, JR.**                                                                                   **PLAINTIFF**

**v.                           CASE NO. 3:10-cv-00199 BSM**

**AMERICAN GREETINGS CORP.**                                                      **DEFENDANT**


**DAVID MARK DUNCAN and NANCY DUNCAN**                         **PLAINTIFFS**

**v.                           CASE NO. 3:10-CV-00214 BSM**

**AMERICAN GREETINGS CORP.**                                                      **DEFENDANT**

## ORDER

Defendant moves to compel [Doc. Nos. 16, 18] responses to interrogatories and requests for document production from plaintiffs. The motion is GRANTED as set forth below:

1.     David and Nancy Duncan are ordered to produce the documents in their possession requested in defendant's request for document production number seven. This includes documents that they did not personally generate.

2.     David and Nancy Duncan are ordered to fully respond to defendant's interrogatory number three. They do not need to produce their particular legal theory, but they must disclose what statutes and regulations they allege the defendant to have violated.

3.     David and Nancy Duncan are ordered to respond to defendant's requests for document production numbers fourteen, fifteen, and sixteen to the extent that they actually possess the documents in question.

4.     David and Nancy Duncan are ordered to produce documents pertaining to insurance or other benefits received in connection with the incident alleged in their complaint.

5.     Eugene Chew is ordered to produce documents pertaining to insurance or other benefits received in connection with the incident alleged in his complaint.

IT IS SO ORDERED this 2nd day of August 2011.

_____
UNITED STATES DISTRICT JUDGE