UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID MARK DUNCAN
and NANCY DUNCAN                                             PLAINTIFFS

v.                    CASE NO. 3:10cv00214 BSM

AMERICAN GREETINGS CORPORATION                               DEFENDANT

Consolidated With:

EUGENE CHEW, JR.                                             PLAINTIFF

v.                    CASE NO. 3:10cv00199 BSM

AMERICAN GREETINGS CORPORATION                               DEFENDANT

Consolidated With:

DANIEL CHASE HOSKINS
and WHITNEY DALE HOSKINS                                     PLAINTIFFS

v.                    CASE NO. 3:11cv00124 BSM

AMERICAN GREETINGS CORPORATION                               DEFENDANT

## ORDER

A joint motion to consolidate has been filed in *Hoskins v. American Greetings Corp.*, Case No. 3:11cv00124. [Doc. No. 6]. *Duncan v. American Greetings Corp.*, Case No. 3:10cv00214, and *Chew v. American Greetings Corp.*, Case No. 3:10cv00199, have already been consolidated, and *Chew* designated the lead case. After reviewing the allegations in *Hoskins*, it is concluded that consolidation with *Duncan* and *Chew* is appropriate. *Chew* remains designated the lead case and all future pleadings shall be filed in the lead case.

Additionally, the parties request that the trial set for all three cases be continued. The request is granted. A new scheduling order will be entered.

IT IS SO ORDERED this 3rd day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE