IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| EUGENE CHEW, JR. | PLAINTIFF |
| v.         CASE NO. 3:10CV00199 BSM (Lead Case) | |
| AMERICAN GREETINGS CORPORATION | DEFENDANT |
| DAVID MARK DUNCAN and<br>NANCY DUNCAN | PLAINTIFFS |
| v.         CASE NO. 3:10CV00214 BSM (Member Case) | |
| AMERICAN GREETINGS CORPORATION | DEFENDANT |
| DANIEL CHASE HOSKINS and<br>WHITNEY DALE HOSKINS | PLAINTIFFS |
| v.         CASE NO. 3:11CV00124 BSM (Member Case) | |
| AMERICAN GREETINGS CORPORATION | DEFENDANT |

**ORDER**

Defendant American Greetings Corporation moves to compel responses to its interrogatories and requests for production from plaintiffs Daniel Hoskins and Whitney Hoskins [Doc. No. 33]. Defendant also moves to compel responses to its first and second sets of interrogatories and requests for production from plaintiffs David Duncan and Nancy Duncan [Doc. No. 31]. The Duncans were previously ordered to respond to the first set [Doc. No. 25]. The Duncans respond that they have complied with the second request for production [Doc. No. 35].

Defendant's motion to compel as to the Hoskins [Doc. No. 33] is granted. Defendant's motion to compel as to the Duncans [Doc. No. 31] is granted as to the first set of interrogatories and request for production as set forth in the earlier order and denied as moot as to the second set of interrogatories and requests for production. Plaintiffs are hereby notified that a continued failure to respond to discovery requests may result in sanctions including, but not limited to, the dismissal of their cases.

IT IS SO ORDERED this 8th day of December 2011.

_____
UNITED STATES DISTRICT JUDGE