IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| **EUGENE CHEW, JR.** | **PLAINTIFF** |
| v.       **CASE NO. 3:10CV00199 BSM (Lead Case)** | |
| **AMERICAN GREETINGS CORPORATION** | **DEFENDANT** |
| **DAVID MARK DUNCAN and<br>NANCY DUNCAN** | **PLAINTIFFS** |
| v.       **CASE NO. 3:10CV00214 BSM (Member Case)** | |
| **AMERICAN GREETINGS CORPORATION** | **DEFENDANT** |
| **DANIEL CHASE HOSKINS and<br>WHITNEY DALE HOSKINS** | **PLAINTIFFS** |
| v.       **CASE NO. 3:10CV00124 BSM (Member Case)** | |
| **AMERICAN GREETINGS CORPORATION** | **DEFENDANT** |

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

Dated this 5th day of March 2013.

_____
UNITED STATES DISTRICT JUDGE