# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**EUGENE CHEW, JR.**                                                                   **PLAINTIFF**

**v.**            **CASE NO. 3:10CV00199 BSM (Lead Case)**

**AMERICAN GREETINGS CORPORATION**                                     **DEFENDANT**

**DAVID MARK DUNCAN and**                                                      **PLAINTIFFS**
**NANCY DUNCAN**

**v.**            **CASE NO. 3:10CV00214 BSM (Member Case)**

**AMERICAN GREETINGS CORPORATION**                                     **DEFENDANT**

**DANIEL CHASE HOSKINS and**                                                   **PLAINTIFFS**
**WHITNEY DALE HOSKINS**

**v.**            **CASE NO. 3:11CV00124 BSM (Member Case)**

**AMERICAN GREETINGS CORPORATION**                                     **DEFENDANT**

## ORDER

Plaintiffs' request for an expedited hearing on their motion to set aside judgment [Doc. No. 137] is denied.  Given that plaintiffs' motion concerns the same issues addressed on summary judgment and that plaintiffs' time to appeal is tolled until disposition of the motion, an expedited hearing is not necessary.  *See* Fed. R. App. P. 4(a)(4)(A).

IT IS SO ORDERED this 29th day of March 2013.

_____
UNITED STATES DISTRICT JUDGE