IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**EUGENE CHEW, JR.**                                                                 **PLAINTIFF**

v.                    CASE NO. 3:10CV00199 BSM (Lead Case)

**AMERICAN GREETINGS CORPORATION**                              **DEFENDANT**

**DAVID MARK DUNCAN and**                                                 **PLAINTIFFS**
**NANCY DUNCAN**

v.                    CASE NO. 3:10CV00214 BSM (Member Case)

**AMERICAN GREETINGS CORPORATION**                              **DEFENDANT**

**DANIEL CHASE HOSKINS and**                                              **PLAINTIFFS**
**WHITNEY DALE HOSKINS**

v.                    CASE NO. 3:10CV00124 BSM (Member Case)

**AMERICAN GREETINGS CORPORATION**                              **DEFENDANT**

## ORDER

Plaintiffs David and Nancy Duncan move [Doc. No. 137] to set aside the judgment that dismissed this case pursuant to the order granting summary judgment for defendant American Greetings. The motion does not cite any extraordinary circumstances or newly discovered evidence; it simply restates plaintiffs' previous arguments, which were considered in the order granting summary judgment. Accordingly, the motion [Doc. No. 137] is denied.

IT IS SO ORDERED this 19th day of April 2013.

_____
UNITED STATES DISTRICT JUDGE